**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700

**Jubilee Legal**
Daniel D. M. Abraham (SBN: 299193)
sparky@jubilee.legal
300 E Esplanade Dr., Ste 900
Oxnard, CA 93036
Telephone: 805.946.0386
*Attorneys for Plaintiff,*
Steven Matthew Hernandez

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN MATTHEW HERNANDEZ,** | **Case No.: 4**:25-cv-03921-AMO |
| Plaintiff, | *HON. ARACELI MARTINEZ-OLGUIN* |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC** |
| **CAPITAL ONE BANK, N.A., RADIUS GLOBAL SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION LLC,** | |
| Defendants. | |

///

///

**NOTICE OF SETTLEMENT**

**TO THE COURT:**

The Plaintiff, through counsel, hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled with respect to Defendant Trans Union LLC ONLY, and respectfully requests that the Court grant Plaintiff until July 14, 2026 to file the expected Stipulation of Dismissal.

Respectfully submitted,

|  |  |
|---|---|
| | **THE CARDOZA LAW CORPORATION** |
| DATED:  May 15, 2026 | BY: /S/LAUREN B. VEGGIAN |
| | LAUREN B. VEGGIAN, ESQ. |
| | MICHAEL F. CARDOZA, ESQ. |
| | ATTORNEYS FOR PLAINTIFF, |
| | STEVEN MATTHEW HERNANDEZ |



IT IS SO ORDERED

Judge Araceli Martínez-Olguin

**DATED: 5/15/2026**