# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN MATTHEW HERNANDEZ,** | **Case No.:** 3:25-cv-03921-AMO |
| Plaintiff, | *HON. ARACELI MARTINEZ-OLGUIN* |
| v. | **ORDER OF DISMISSAL AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES, LLCPURSUANT TO FRCP 41(A)(1)(A)(II)** |
| **CAPITAL ONE BANK, N.A., RADIUS GLOBAL SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC,** | |
| Defendants. | |

///

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

### ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT all claims and causes of action be dismissed WITH prejudice as to Defendants EQUIFAX INFORMATION SERVICES, LLC, only, with each party bearing that party's own attorneys' fees and costs. ~~The Clerk is directed to close the file~~.



GRANTED

Judge Araceli Martínez-Olguín

DATED: 5/20/2026

HON. _____-OLGUIN

United _____

Dated: _____

ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)                    PAGE 1 OF 1