**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorneys for Plaintiff,*
Steven M. Hernandez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, N.A., RADIUS GLOBAL SOLUTIONS, INC.,<br><br>Defendants. | CASE NO.: 3:25-cv-03921-AMO<br><br><br>**STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES** |

1
STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES

Plaintiff Steven M. Hernandez ("Plaintiff"), and Defendants Capital One, N.A., and Radius Global Solutions, Inc. ("Defendants") (and collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

1.    WHEREAS, on September 5, 2025, the Court issued a Case Management Order (Dkt. 37) containing the following deadlines:

| | |
|---|---|
| Trial | May 25, 2027 |
| Pretrial Conference | May 6, 2027 |
| Discovery Deadline – Nonexpert | June 11, 2026 |
| Discovery Deadline – Expert | September 9, 2026 |
| Initial Expert Disclosure | July 10, 2026 |
| Rebuttal Expert Disclosure | August 10, 2026 |
| Deadline to File Consolidated Summary Judgment Motion | September 25, 2026 |
| Deadline to File Omnibus Opposition to Summary Judgment Motion | October 9, 2026 |
| Deadline to File Consolidated Reply to Summary Judgment Motion | October 16, 2026 |
| Pretrial Conference Statement | April 19, 2027 |

2.    WHEREAS, Plaintiff served written discovery on Defendant Capital One, N.A. on October 10, 2025.

   a. Defendant Capital One responded to this discovery on January 9, 2026, after an extension was mutually agreed upon.

   b. Defendant Capital One provided a document production to Plaintiff on May 20, 2026.

3.    WHEREAS, Plaintiff served written discovery on Defendant Radius on October 10, 2025.

STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES

a. Defendant Radius responded to this discovery on December 11, 2025, after an extension was mutually agreed upon.

4.    WHEREAS, Defendant Capital One served discovery on Plaintiff on May 12, 2026.

a. Plaintiff will respond to this discovery on June 11, 2026.

5.    WHEREAS, Defendant Radius served discovery on Plaintiff on October 12, 2025.

a. Plaintiff responded to this discovery on December 9, 2025, and provided a document production to all Defendants on December 10, 2025, after an extension was mutually agreed upon.

6.    WHEREAS, Plaintiff served notices of deposition on both Defendant Capital One and Defendant Radius, for their FRCP Rule 30(b)(6) witness(es) on May 26, 2026, with the dates and times listed as "TBD" after receiving Capital One's document production, requesting available dates prior to June 11, 2026, the current discovery cut off.

a. Both Defendant Capital One and Defendant Radius have indicated that they need additional time to identify and prepare 30(b)(6) witness(es) for deposition.

7.    WHEREAS, the Defendants have not served notices for Plaintiff's deposition, but on May 28, 2026, Capital One advised that it wanted to take Plaintiff's deposition, and Defendants, on June 1, 2026, requested available dates from Plaintiff's counsel for Plaintiff's deposition.

8.    WHEREAS, the parties need additional time to complete depositions of the Parties in this matter

9.    WHEREAS, the Parties are working amicably with each other to schedule dates to take depositions in this case.

10.    WHEREAS, the Parties are also discussing the possibility of panel mediation in this case.

2

STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES

11.    WHEREAS, the only date requested to be continued here is the fact discovery cut-off date, and no other dates or deadlines set by the Court would be affected;

12.    WHERAS, the Parties agree that continuing the current case deadlines will promote judicial efficiency;

13.    WHEREAS, this request is not made for any improper purpose or delay;

14.    WHEREAS, the Parties agree that the requested continuance will not cause any prejudice to them, but they will be prejudiced if the case schedule is not continued;

15.    WHEREAS, there is good cause to continue the case dates and deadlines as set forth below because all Parties still need to complete depositions, and the Parties would like to attempt to settle at mediation prior to incurring further costs and expenses.

16.    WHEREAS, the Parties are discussing settlement and believe that this case may be able to settle with more time to conduct depositions.

17.    NOW THEREFORE, the Parties, through their respective counsel of record, stipulate and agree to a continuance of the case deadlines as set forth below, or to some other future date as ordered by the Court. A [Proposed] Order regarding this request is submitted concurrently herewith for the Court's consideration.

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Trial | May 25, 2027 | May 25, 2027 |
| Pretrial Conference | May 6, 2027 | May 6, 2027 |
| **Discovery Deadline – Nonexpert** | **June 11, 2026** | **August 10, 2026** |
| Discovery Deadline – Expert | September 9, 2026 | September 9, 2026 |

3
STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES

| Initial Expert Disclosure | July 10, 2026 | July 10, 2026 |
|---|---|---|
| Rebuttal Expert Disclosure | August 10, 2026 | August 10, 2026 |
| Deadline to File Consolidated Summary Judgment Motion | September 25, 2026 | September 25, 2026 |
| Deadline to File Omnibus Opposition to Summary Judgment Motion | October 9, 2026 | October 9, 2026 |
| Deadline to File Consolidated Reply to Summary Judgment Motion | October 16, 2026 | October 16, 2026 |
| Pretrial Conference Statement | April 19, 2027 | April 19, 2027 |

IT IS SO STIPULATED.

Dated: June 2, 2026                    **THE CARDOZA LAW CORPORATION**

By: _/s/ Lauren Veggian_
        Michael F. Cardoza, Esq.
        Lauren Veggian, Esq.
        Attorneys For Plaintiff
        Steven M. Hernandez

Dated: June 2, 2026                    **DOLL AMIR ELEY**

By: _/s/ Amy Borlund_

4
STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES

Amy Borlund, Esq.
Attorneys For Defendant
Capital One, N.A.

Dated: June 2. 2026        **SESSIONS. ISRAEL & SHARTLE**

By:  */s/ Kenneth A. Ohashi*
Kenneth A. Ohashi, Esq.
Attorneys For Defendant
Radius Global Solutions, Inc.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Araceli Martinez-Olguin

DATED: 6/2/2026

5

STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES