**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVEN MATTHEW HERNANDEZ,** | **Case No.:** 4:25-cv-03921-AMO |
| Plaintiff, | *HON. ARACELI MARTINEZ-OLGUIN* |
| v. | **ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION LLC PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| **CAPITAL ONE BANK, N.A., RADIUS GLOBAL SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION LLC,** | |
| Defendants. | |

///

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT all claims and causes of action be dismissed WITH prejudice as to Defendant TRANS UNION LLC, only, with each party bearing that party's own attorneys' fees and costs. ~~The Clerk is directed to close the file.~~

Dated: _____7/6/2026_____



HON. A_____OLGUÍN
United S_____

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**                    **PAGE 1 OF 1**